In the Matter of JOSEPH C. BANCROFT, Appellant, against COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK et al., Respondents.

Argued October 4, 1951; decided December 7, 1951.

*Clarence G. Pickard* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Alfred Weinstein* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.